**Electronically Filed
Supreme Court
SCWC-11-0000391
20-AUG-2015
11:25 AM**

SCWC-11-0000391

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

———————————————————————————————————

GORDON I. ITO, Insurance Commissioner of the State of Hawaiʻi,
in his capacity as Liquidator of Investors Equity Life
Insurance Company of Hawaiʻi, Ltd., on behalf of
the company and its respective policyholders,
claimants and creditors; and INVESTORS EQUITY LIFE
INSURANCE COMPANY OF HAWAIʻI, LTD.,
Respondents/Plaintiffs-Nominal Appellees,

vs.

KENNETH K.S. FONG, GARY L. VOSE
and INVESTORS SERVICE EQUITY LIFE HOLDING COMPANY,
Respondents/Defendants-Nominal Appellees,

and

ADM INVESTOR SERVICES, INC.,
Petitioner/Defendant/Third-Party Plaintiff-Appellant,

vs.

GORDON I. ITO, Insurance Commissioner
of the State of Hawaiʻi, and THE STATE OF HAWAIʻI,
Respondents/Plaintiffs/Third-Party Defendants-Appellees.

———————————————————————————————————

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0000391; CIV. NO. 95-2513)

<u>ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Nakayama, Acting C.J., McKenna, and Wilson, JJ.,
Circuit Judge Nacino, in place of Recktenwald, C.J., recused,
and Circuit Judge Trader, in place of Pollack, J., recused)

Petitioner ADM Investor Services, Inc.'s Application

for Writ of Certiorari, filed on July 14, 2015, is hereby

rejected.

DATED:  Honolulu, Hawaiʻi, August 20, 2015.

Blake W. Bushnell,                    /s/ Paula A. Nakayama
Stuart T. Feeley and
Jennifer Tung and                     /s/ Sabrina S. McKenna
Michael R. Lieber for
petitioner ADM Investor               /s/ Michael D. Wilson
Services, Inc.
                                      /s/ Edwin C. Nacino
Clifford K. Higa,
Wendell H. Fuji and                   /s/ Rom A. Trader
Deborah Day Emerson for
respondent Gordon I. Ito,
Insurance Commissioner
of the State of Hawaiʻi
and the State of Hawaiʻi



2